No. 16,391.

HRIBAR ET AL. *v*. HRIBAR, JR.

(227 P. [2d] 999)

Decided February 13, 1951.

PER CURIAM.

Judgment affirmed in department without written opinion, Mr. Chief Justice Jackson, Mr. Justice Hays and Mr. Justice Holland, participating.

Messrs. MABRY, MABRY & MABRY, for plaintiffs in error.

Mr. FRANK H. HALL, Mr. ERNEST U. SANDOVAL, for defendant in error.